# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

March 26, 2007

Before

Hon. JOEL M. FLAUM, *Circuit Judge*

Hon. MICHAEL S. KANNE, *Circuit Judge*

Hon. DIANE S. SYKES, *Circuit Judge*

No. 05-4034

| | |
|---|---|
| JOSEPH BAPTIST, RICHARD BROOKS, PRICE DUMAS, WILLIE HUNT, and LAMONT UPTON, <br>     *Plaintiffs-Appellants,* <br><br>     *v.* <br><br> CITY OF KANKAKEE and MIKE KINKADE, <br>     *Defendants-Appellees.* | Appeal from the United States District Court for the Central District of Illinois. <br><br> No. 03 C 2115 <br><br><br> Michael P. McCuskey, <br> *Judge*. |

## ORDER

The opinion issued March 19, 2007, is amended as follows:

**Remove** the following sentence and citation from the slip opinion, p. 8: "The enforceability of a Title VII settlement is a question of federal law, under which an oral settlement constitutes a binding contract if there was an offer, an acceptance, and consideration. *Taylor,* 793 F.2d at 862."

**Substitute** the following sentence in its place: "Whether a Title VII settlement was knowing and voluntary is a question of federal law, *Pierce,* 65 F.3d at 571, but the question of whether the parties entered into an enforceable oral settlement agreement is governed by state law, and oral settlement agreements are

enforceable contracts under Illinois law. *Lynch, Inc. v. SamataMason Inc.,* 279 F.3d 487, 490 (7th Cir. 2002)."

**Add** the following parenthetical on p. 9, immediately following the citation to *Wagner v. NutraSweet Co.,* 95 F.3d 527, 532 (7th Cir. 1996): "(Illinois law)."